# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERT SKALSKI,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | Case No. **1:23-cv-15370** |
| | ) | Everett McKinley Dirksen United States Courthouse |
| **CITY OF CHICAGO et al.**, | ) | Courtroom **1203** |
| Defendants. | ) | The Honorable Judge **John Robert Blakey** |

## MOTION TO VACATE DISMISSAL FOR FAILURE TO PROSECUTE AND FOLLOW COURT ORDERS, AND TO REINSTATE THE CASE

**NOW COMES**, **THE PLAINTIFF**, **ROBERT SKALSKI**, by and with and through, his **ATTORNEY**, Frank Avila, and hereby respectfully files this Motion to Vacate the Dismissal for Failure to Prosecute the Case and Follow Court Orders, and also Motions to Reinstate this case. In support of this Motion, the Plaintiff states as follows:

1. The Plaintiff's Attorney, Frank Avila, profusely apologizes to the Court and wants to let the Court know this was not done intentionally and the delay was for unavoidable reasons.

2. Attorney Frank Avila has been dealing with broken pipes that burst for the last less than 1 week.

3. Attorney Frank Avila had COVID-19 during the beginning and middle of December of 2023, and was highly fatigued and unavailable.

4. In the middle to end of November 2023, Attorney Frank Avila was dealing with a knee and leg injury and stomach issues.

5. In October of 2023, Attorney Frank Avila was hospitalized at Resurrection Hospital for debilitating pain in his side and was given a new diagnosis regarding his liver.

6. In July of 2023, Attorney Frank Avila was hospitalized at the Jesse Brown VA for acute adrenal crisis and was told that there was a 90% chance he could die if he did not stay in the hospital. This led to an exponential increase in a medication and intravenous medication at a high dose while in the hospital.

7. Attorney Frank Avila was also hospitalized in late February/early March of 2023 for violent muscle spasms and debilitating excruciating pain and Attorney Frank

Avila could not walk nor type because of low thyroid that led to increase in medication and high dose intravenous medication while in the hospital. Attorney Frank Avila was also in the hospital in late May/early June of 2022 at Lutheran General Hospital for a debilitating pain in his side when he was diagnosed with possible issues with his gall bladder, cardiovascular issues and lungs. This was in addition to numerous emergency room visits, outpatient medical appointments and diagnostic tests at the Jesse Brown VA and new diagnosis in May/June and July of 2023.

8. Attorney Frank Avila is getting some assistance from a younger attorney, but his mother fell ill and was hospitalized for a month.

9. Thus, the last few months have been challenging.

10. Attorney Frank Avila is getting better and is much better now and is getting some assistance.

11. Attorney Frank Avila will get up to date on this matter, and all matters, and provide updates to the Court and make sure he complies with all Court Orders with the assistance of his son who is assisting him during this difficult time and a younger attorney.

12. This matter should be decided on the substance and the merits of the case and not on a technicality.

13. Substantial Justice requires that this matter be reinstated, and the dismissal be vacated.

14. Fair Play requires that the Plaintiff be heard on the merits and the substance and not on a technicality due to a sick and unavailable lawyer.

15. The lack of compliance was not intentional and is being corrected.

16. There is nothing to report to the Court as of now but will so shortly.

17. Attorney Frank Avila profusely apologizes and beseeches the Court to not penalize the Plaintiff for the attorney's errors due to illness and unavailability.

18. Attorney Frank Avila is correcting the course of action by having another attorney assist him and his son is also assisting him, so nothing falls through the cracks as he gets better—so the Plaintiff is in full compliance with all Court orders.

**WHEREFORE**, **THE PLAINTIFF**, Prays for the Relief that This Honorable Court **VACATE** the Dismissal and **Reinstate** this Case.

Respectfully filed,

                                                                         By /s/ *Electronic Signature of Frank Avila*
                                                                          Frank Avila
                                                                          Attorney for the Plaintiff **Robert Skalkski**

**Frank Avila**
Attorney and Counselor at Law
Attorney for the Plaintiff—**Robert Skalski**
Illinois ARDC No. **6273730**
7132 North Harlem Avenue
Suite 107
Chicago, Illinois 60631
Telephone:  **773-671-3480**
No FAX Service
E-mail:  **FrankAvilaLaw@Gmail.com**
**E-mail service accepted and preferred**